Blanc, Sheila Ann, Sui Juris
Beneficiaries and Heirs
C/O RE022057934US-TRUST
South Main Street 290-1228
Sebastopol, California Republic
(707) 331-2788
Sheila.Blanc@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheila Ann Blanc, Beneficiaries and Heirs<br><br>Petitioner<br><br>vs.<br><br>Raymond Alejandro Jereza, Sonoma County Superior Court el al<br>Does and Trustee's 1-45<br>Defendant | Case No.: CV22-9145<br>Honorable Judge William H. Orrick<br><br>~~PROPOSED~~ ORDER |

In the above matter, the Court finds it with good reason to close this case

IT IS SO ORDERED

On This __26th__ Day of January, 2023

*[GRANTED — signed by Judge William H. Orrick, United States District Court, Northern District of California seal]*